DUNCAN BARR, Bar No. 49259
MOLLY A. KUEHN, Bar No. 230763
O'CONNOR, COHN, DILLON & BARR
2405 16th Street
San Francisco, California 94103
Telephone: (415) 281-8888
Facsimile: (415) 503-4117
E-mail: dbarr@ocdb.com

Attorneys for Defendant
BAYER CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHON LEE BOUTSIKARIS, a resident of Troy, Michigan,<br><br>                Plaintiff,<br>v.<br><br>BAYER CORPORATION, an Indiana corporation, successor to CUTTER BIOLOGICAL, a California Corporation; BAXTER HEALTHCARE CORPORATION, a Delaware corporation, and its HYLAND DIVISION; and ALPHA THERAPEUTIC CORPORATION, a California corporation,<br><br>                Defendants. | CASE NO.: C 07-2595 JCS<br><br>**E-FILED**<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PARTIES** |

Pursuant to Civil L.R. 3.16(b), the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

| Name | Type of Interest |
|---|---|
| Bayer Corporation<br>100 Bayer Road<br>Pittsburgh, Pennsylvania 15205-9741 | Party |
| Bayer AG<br>51368 Leverkusen<br>Germany | Parent Corporation |

Dated:  June 4, 2007                                  Respectfully Submitted,

**O'CONNOR, COHN, DILLON & BARR**

By:      /s/ Duncan Barr
Duncan Barr, Esq.
Molly A. Kuehn, Esq.
Attorneys for Defendant
BAYER CORPORATION

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June 2007, I caused to be served a true and correct copy of the foregoing document on the following counsel of record pursuant to ECF as to Filing Users and by Federal Express, postage prepaid, pursuant to Local Rule 5.5 as to any party who is not a Filing User or represented by a filing user:

| SERVICE LIST | |
|---|---|
| Elizabeth J. Cabraser, Esq.<br>Robert J. Nelson, Esq.<br>Morris A. Ratner, Esq.<br>Fabrice N. Vincent, Esq.<br>LIEFF, CABASER, HEIMANN & BERNSTEIN<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3399 | **COUNSEL FOR ATTORNEYS**<br><br>Tel:  (415) 956-1000<br>Fax:  (415) 956-1008 |
| Sara Gourley, Esq.<br>Tamar B. Kelber, Esq.<br>SIDLEY, AUSTIN, BROWN & WOOD<br>One South Dearborn Street<br>Chicago, California  60603 | **COUNSEL FOR ARMOUR PHARMACEUTICAL COMPANY, AVENTIS BEHRING LLC**<br>**Tel:  312 / 853-7000**<br>**Fax:   312 / 853-7036** |
| Kevin J. Stack, Esq.<br>KNAPP PETERSEN & CLARKE<br>500 North Brand Blvd., 20th Floor<br>Glendale, California  91203-1904 | **COUNSEL FOR ALPHA THERAPEUTIC CORPORATION**<br>**Tel:  818/547-5000**<br>**Fax:  818/547-5329** |

    /s/  Duncan Barr
Duncan Barr, Esq.