**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHON LEE BOUTSIKARIS, a resident of Troy, Michigan,<br><br>                    Plaintiff,<br>    v.<br><br>BAYER CORPORATION, an Indiana corporation, successor to CUTTER BIOLOGICAL, a California Corporation; BAXTER HEALTHCARE CORPORATION, a Delaware corporation, and its HYLAND DIVISION; and ALPHA THERAPEUTIC CORPORATION, a California corporation,<br><br>                    Defendants. | CASE NO.: C 07-2595 JCS<br><br>**E-FILED**<br><br>[PROPOSED]<br>**ORDER GRANTING DEFENDANT BAYER CORPORATION'S UNOPPOSED MOTION TO STAY PRETRIAL PROCEEDINGS PENDING TRANSFER TO MULTIDISTRICT PROCEEDING AND UNOPPOSED MOTION FOR ENLARGEMENT OF PRETRIAL DEADLINES AND INCORPORATED MEMORANDUM OF LAW**<br><br>Date:        July 27, 2007<br>Time:        9:30 a.m.<br>Courtroom: A, 15th Floor |

A hearing having been held on July 27, 2007, in Courtroom A, at 9:30 a.m., or as soon thereafter as the matter could be heard, on defendant Bayer Corporation's motion for an order to stay pretrial proceedings in this Court pending transfer of this action by the Judicial Panel on Multidistrict Litigation and for an enlargement of the time in which defendants are required to comply as to all pretrial deadlines established by Local Rules 16.2, 16.3, 16.9 and 16.10 of the

1  United States District Court for the Northern District of California, court order,

2      IT IS HEREBY ORDERED that the motion is granted and this matter is hereby stayed

3  pending transfer of this action.

4

5  DATED:

6

7                                                _____
                                              Honorable Joseph C. Spero
8                                                Judge of the United States District Court