UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHON LEE BOUTSIKARIS,<br><br>    Plaintiff(s),<br><br>v.<br><br>BAYER CORP, ET AL.,<br><br>    Defendant(s).<br>_____/ | No. C 07-02595 JCS<br><br>**CONSENT TO PROCEED BEFORE A<br>UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: 06-14-07

Signature /s/ Kent L. Klaudt, Esq.

Counsel for Plaintiff
(Name or party or indicate "pro se")

2