Elizabeth J. Cabraser (State Bar No. 83151, ecabraser@lchb.com)
Richard M. Heimann (State Bar No. 063607, rheimann@lchb.com)
Heather A. Foster (State Bar No. 184353, hfoster@lchb.com)
Kent L. Klaudt (State Bar No. 183903 (kklaudt@lchb.com)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Attorneys for Plaintiff

*Additional plaintiff's counsel listed on signature page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHON LEE BOUTSIKARIS, a resident of Troy, Michigan,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CORPORATION, an Indiana corporation, successor to CUTTER BIOLOGICAL, a California Corporation; BAXTER HEALTHCARE CORPORATION, a Delaware corporation, and its HYLAND DIVISION; ARMOUR PHARMACEUTICAL COMPANY INC., a Delaware corporation, and ALPHA THERAPEUTIC CORPORATION, a California corporation,<br><br>Defendants. | Case No. C 07-2595 JCS<br><br>**PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO DEFENDANT BAYER CORPORATION'S UNOPPOSED MOTION TO STAY PRETRIAL PROCEEDINGS PENDING TRANSFER TO MULTIDISTRICT PROCEEDING AND UNOPPOSED MOTION FOR ENLARGEMENT OF PRETRIAL DEADLINES**<br><br>Date:         July 27, 2007<br>Time:         9:00 a.m.<br>Courtroom:  A, 15th Floor |

Plaintiff hereby notifies the Court and parties of his non-opposition to Defendant Bayer Corporation's Unopposed Motion To Stay Pretrial Proceedings Pending Transfer To Multidistrict Proceeding And Unopposed Motion For Enlargement Of Pretrial Deadlines, currently set for hearing on July 27, 2007 at 9:00 a.m.

629802.1

STATEMENT OF NON-OPPOSITION
TO MOTION TO STAY

In submitting this Statement of Non-Opposition, Plaintiff does not intend to waive any rights or arguments with respect to future motions to stay, the merits of transfer to the MDL, or specific claims made by Defendants in their opening brief in support of the motion at issue.

Dated: June 15, 2007

                         */s/ Heather A. Foster*
                         Heather A. Foster

Elizabeth J. Cabraser (California Bar No. 83151)
Richard M. Heimann (California Bar No. 063607)
Heather A. Foster (California Bar No. 184353)
Kent L. Klaudt (California Bar No. 183903)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-mail: ecabraser@lchb.com, rheimann@lchb.com,
        hfoster@lchb.com, kklaudt@lchb.com

-and-

Nicholas Diamand (New York Bar No. ND 9701)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
E-mail: ndiamand@lchb.com

-and-

Lexi J. Hazam (California Bar No. 224457)
LIEFF GLOBAL, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: (415) 788-8000
Facsimile: (415) 788-8002
E-mail: lhazam@lieffglobal.com

Attorneys for Plaintiff