United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHON LEE BOUTSIKARIS,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>BAYER CORP, ET AL.,<br><br>　　　　Defendant(s).<br>_____/ | Case No.  07-02595 JCS<br><br>**ORDER GRANTING DEFENDANT BAYER CORPORATION'S UNOPPOSED MOTION TO STAY PRETRIAL PROCEEDINGS PENDING TRANSFER TO MULTI-DISTRICT PROCEEDING AND UNOPPOSED MOTION FOR ENLARGEMENT OF PRETRIAL DEADLINES [Docket No. 4]** |

On June 4, 2007, Defendant Bayer filed an Unopposed Motion to Stay this matter (the "Motion"). On June 15, 2007, Plaintiff's filed a Statement of Non-Opposition to the Motion.

Good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED and this matter is hereby stayed pending transfer of this action.

IT IS HEREBY FURTHER ORDERED that the Initial Case Management Conference, set for August 24, 2007, at 1:30 PM, is VACATED, and the Court sets a telephonic Status Conference for **September 14, 2007, at 1:30 PM.** The parties shall electronically file a letter one (1) week prior to the hearing with the contact phone numbers. The Court will initiate the phone contact.

IT IS SO ORDERED.

Dated: June 15, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge