**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| Richard W. Wieking | | General Court Number |
|---|---|---|
| Clerk | | 415.522.2000 |

July 2, 2007

United States District Court
for the Northern District of Illinois
219 S. Dearborn Street, 20th Floor
Chicago, IL 60604

RE: CV 07-02595 JCS  JONATHON LEE BOUTSIKARIS-v-BAYER CORP
   **MDL NO. 986 In Re: "Factor VIII or IX Concentrate Blood Products" Products Liability Litigation**

Dear Clerk,

   Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

   ☒   Certified copy of docket entries.

   ☒   Certified copy of Transferral Order.

   ☒   Original Case File.

   ☒   Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

   Please acknowledge receipt of the above documents on the attached copy of this letter.

                                   Sincerely,
                                   RICHARD W. WIEKING, Clerk

                                   *[signature: Gina Agustine]*

                                   by:  Gina Agustine-Rivas
                                   Case Systems Administrator

Enclosures
Copies to counsel of record