**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 2, 2007

United States District Court
for the Northern District of Illinois
219 S. Dearborn Street, 20th Floor
Chicago, IL 60604

**RECEIVED**
JUL 2 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: CV 07-02595 JCS  JONATHON LEE BOUTSIKARIS-v-BAYER CORP
    MDL NO. 986 In Re: "Factor VIII or IX Concentrate Blood Products" Products
    Liability Litigation

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒ Certified copy of docket entries.

☒ Certified copy of Transferral Order.

☒ Original Case File.

☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Gina Agustine*

by: Gina Agustine-Rivas
Case Systems Administrator

**RECEIVED**
JUL 1 2 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Enclosures
Copies to counsel of record